RPF/klc: 06/02/16

## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

ELIZABETH A. HATFIELD,

        Plaintiff,

vs.

MERRICK BANK,

        Defendant.

CIVIL ACTION NO. 5:15-cv-2

Judge Bailey

### DISMISSAL ORDER

The Court has been advised that the parties have resolved all matters and claims in this lawsuit and upon the joint motion of all parties to dismiss this action with prejudice, it is accordingly ORDERED that this matter be and is hereby dismissed with prejudice.

ENTERED this 23rd day of June, 2016.

_____
The Honorable John Preston Bailey

APPROVED BY:

_____
Robert P. Fitzsimmons, Esquire (#1212)
Robert J. Fitzsimmons, Esquire (#9656)
FITZSIMMONS LAW FIRM PLLC
1609 Warwood Ave
Wheeling WV 26003
Phone: 304-277-1700
Fax: 304-277-1705
Counsel for Plaintiff

_____
John F. McCuskey (# 2431)
Joseph T. Cramer (# 11455)
Shuman, McCuskey & Slicer, PLLC
1411 Virginia Street East, Suite 200
Post Office Box 3953
Charleston, WV 25339
Phone: (304) 345-1400
Fax: (304) 343-1826
Counsel for Defendant

{00183981-1}